## DAVIS *v.* BANMILLER, WARDEN.

No. 3, Misc.   Decided June 17, 1963.

Petitioner *pro se.*
*John A. F. Hall* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.

## LAUGHNER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.

No. 712, Misc.   Decided June 17, 1963.

Petitioner *pro se.*
*Richard W. Ervin,* Attorney General of Florida, and *A. G. Spicola, Jr.,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.